STATE, Respondent, v. MELBY, Appellant.

*No. State 90. Submitted January 5, 1973.—Decided January 30, 1973.*

For the appellant the cause was submitted on the briefs of *Doyle & Woodmansee* and *Patrick R. Doyle,* all of La Crosse.

For the respondent the cause was submitted on the brief of *Robert W. Warren*, attorney general, and *Robert D. Martinson*, assistant attorney general.

PER CURIAM. The single issue presented by this case is whether the defendant had notice of the revocation of his operating privileges for an accumulation of demerit points. We conclude after a review of the record and under the circumstances of this case, the defendant had actual notice of such revocation and therefore was properly convicted of violating sec. 343.44, Stats.

The judgment is affirmed.